# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885 |
| This Document Relates to: | Judge M. Casey Rodgers Magistrate Judge Gary R. Jones |
| *Hope v. 3M Company, et al.* Individual Case No: 7:20-cv-75362-MCR-GRJ | |

## NOTICE OF DESIGNATED FORUM

Plaintiff, Jason Hope, by and through counsel of record, files this Notice of Designated Forum, and would show the Court that venue would be proper in the United States District Court, District of Arizona, Yuma Division, absent direct filing on the administrative docket. Plaintiff reserves the right to amend this designation of proper venue and forum, once case specific fact and expert discovery is complete.

Plaintiff therefore requests that the Court take notice of this designation of forum.

Dated: April 29, 2022          Respectfully submitted,

*/s/ Virginia E. Anello*
Virginia E. Anello
Douglas & London, P.C.
59 Maiden Lane, 6th Floor
New York, NY 10038
212-566-7500 (Ph)
212-566-7501 (Fax)
vanello@douglasandlondon.com (Email)
*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I do hereby certify that on April 29, 2022, a true and correct copy of the foregoing was electronically filed with the Clerk of Court and served using the CM/ECF system.

*/s/ Virginia E. Anello*
Virginia E. Anello